# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE:<br><br>KHADIJAH A ALI-EVANS,<br><br>DEBTOR. | CASE NO. 21-13045<br>CHAPTER 13<br><br>HON. A. BENJAMIN GOLDGAR<br><br>HEARING DATE: 1/25/2022<br>HEARING TIME: 2:30 P.M. |

## NOTICE OF WITHDRAWAL OF OBJECTION

To:  Andrew B Carroll         acarroll@semradlaw.com
     Jessica A Boone          jboone@semradlaw.com
     Marilyn O. Marshall      courtdocs@chi13.com
     Patrick S. Layng         USTPRegion11.ES.ECF@usdoj.gov

The City of Chicago hereby withdraws its Objection to Plan Confirmation.

Celia Meza
Corporation Counsel                         Respectfully submitted,
Jaime Dowell (ARDC#6281312)
Assistant Corporation Counsel               THE CITY OF CHICAGO
Chicago Department of Law
121 N. LaSalle St., Suite 400               Celia Meza
Chicago, IL  60602                          Corporation Counsel
312-742-0056
jaime.dowell@cityofchicago.org              By:    /s/  Jaime Dowell

## CERTIFICATE OF SERVICE

I, Jaime Dowell, an attorney, certify that I caused this notice to be served on the listed parties through the ECF system on 1/21/2022.

/s/  Jaime Dowell