UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 21-11939 |
| Dana A Fetters ) | | |
| Monica L Fetters ) | Chapter: | 13 |
| ) | Honorable Donald R. Cassling | |
| ) | | |
| ) | | |
| Debtor(s) ) | | |

## ORDER MODIFYING THE AUTOMATIC STAY

THIS CAUSE coming to be heard on the motion of U.S. Bank National Association, as Trustee for Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass-Through Certificates, Series 2006-KS2, a secured creditor herein, for relief from the automatic stay, the Court having jurisdiction over the subject matter and due notice having been given:

WHEREFORE, IT IS HEREBY ORDERED:

(1) Pursuant to 11 U.S.C. Section 362(d), that U.S. Bank National Association, as Trustee for Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass-Through Certificates, Series 2006-KS2 its principals, agents, successors and/or assigns is granted relief from the automatic stay provisions of 11 U.S.C. Section 362(a) by modifying said stay to permit them to pursue all non bankruptcy remedies and work out options as to the property commonly known as 355 North Williams Drive, Palatine, IL 60074.

(2) No further payments are to be disbursed to U.S. Bank National Association, as Trustee for Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass-Through Certificates, Series 2006-KS2 on its secured claim.

(3) Effective January 5, 2023.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: December 15, 2022

**Prepared by:**

Terri M. Long  ARDC#6196966
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
File No. 14-19-06305