UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   21-11939 |
| Dana A Fetters and | ) | |
| Monica L Fetters | ) | Chapter:  13 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING MOTION TO  SELL PROPERTY PURSUANT TO 11 U.S.C. 363(B) & SHORTEN NOTICE

This case coming to be heard on the Debtors Motion to Sell property pursuant to 11 U.S.C. 362(b), it is hereby ordered that the Motion to Sell is granted as follows:

A. The Debtors are granted permission to sell her manufactured home commonly known as 355 N Williams Dr Palatine, IL 60074;

B. The balance owed on the note secured by the mortgage against the Subject Property serviced by PHH Mortgage Corporation on behalf of U.S. Bank National Association, as Trustee for Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass-Through Certificates, Series 2006-KS2 must be paid in full at closing pursuant to a current payoff letter provided at the time of the closing.

C. If the Subject Property is not sold within 90 days from the date of the entry of this order, then a new motion to sell must be filed.

D. The Debtors shall be paid the first $30,000 as their homestead exemption;

E. The Chapter 13 Trustee shall be paid $10,000 to pay off the remaining plan balance and the Debtors may retain all other proceeds;

F. The Debtor shall provide the Trustee with a complete copy of the closing statement within 14 days of closing.

G. Notice is shortened.

Enter:  *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated:  April 10, 2025

**Prepared by:**

Cutler & Associates
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600